**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| Hai Van Le, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV 11-0744-PHX-RCB |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Arizona Department of Corrections, *et al.* | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the court is defendants' "Motion for Leave to File Second Motion for Summary Judgment" (Doc. 67) and plaintiff's "Request for Continuance[]" (Doc. 69). After carefully considering both motions, and the responses thereto, the court **HEREBY ORDERS** that:

(1) the defendants' "Motion for Leave to File Second Motion for Summary Judgment" (Doc. 67) is **GRANTED**;

(2) the defendants' second summary judgment motion shall be filed and served no later than **fifteen (15) days** from the date of entry of this order;

(3) plaintiff's response to the foregoing motion shall be

filed and served no later than **fifteen (15) days** after service of that motion;

(4) defendants' reply, if any, shall be filed and served no later than **five (5) days** after service of the responsive memorandum;

(5) plaintiff's "Request for a Continuance[]" (Doc. 69) is **GRANTED** to the extent he is seeking a continuance of the time in which to file a proposed Joint Final Pre-trial Order, but is in all other respects **DENIED**; and

(6) a proposed Joint Final Pre-trial Order, if necessary, shall be lodged with the Clerk of the Court no later than **thirty (30)** days after the entry of the order resolving defendants' second summary judgment motion.

DATED this   17th   day of May, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and plaintiff *pro se*

- 2 -