WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hai Van Le,<br><br>  Plaintiff,<br><br>  vs.<br><br>Arizona Department of Corrections, et al.,<br><br>  Defendants. | No.  CV 11-0744-PHX-RCB<br><br>**O R D E R** |

Plaintiff Hai Van Le brought this civil rights action pursuant to 42 U.S.C. § 1983 against several employees of the Arizona Department of Corrections (ADC).  (Doc. 8.)  On May 26, 2013, Defendants filed a second motion for summary judgment.  (Doc. 72.)  Plaintiff filed his response before the Court issued a notice pursuant to *Rand v. Rowland*, 154 F.3d 952, 962 (9th Cir. 1998) (*en banc*).  (Docs. 75, 78.)  The Court permitted Plaintiff an opportunity to file a supplemental response, which he did.  (Docs. 78, 81.)  The Court granted Defendants' Motion for Summary Judgment on September 12, 2013, and judgment was entered.  (Docs. 88, 89.)

Plaintiff now moves for an extension of time to respond to the *Rand* notice.  (Doc. 90.)  Because Plaintiff had the opportunity to supplement his response to the Motion for Summary Judgment, no response to the *Rand* notice is required, and judgment has been entered and the case closed, Plaintiff's Motion is denied.

**IT IS ORDERED:**

(1) Plaintiff's Motion for Extension of Time to Respond to the Court's *Rand* Notice (Doc. 90) is **denied**.

(2) The Clerk of Court is directed to accept no further filings in this case except in connection with an appeal.

DATED this 21st day of October, 2013.

Robert C. Broomfield
Senior United States District Judge